■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE MERCADO, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Friedmann, J.), imposed July 2, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Rosenblatt, Eiber and O'Brien, JJ., concur.